Hon. Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAUL ARAUJO-SOTO,
   a/k/a Raul Armendaris-Soto,
GABRIEL CHAVEZ-AGUILAR,
   a/k/a Oton Cervantes Zavala, and
ANDRES ROA DOMINGUEZ,

    Defendants.

NO. CR14-58RSL

**ORDER CONTINUING TRIAL DATE AND DEADLINE TO FILE PRETRIAL MOTIONS**

    THE COURT, having considered the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions, any responses, filings, or memoranda related thereto, defendants' knowing and voluntary speedy trial waivers, and all the files and records herein, the Court finds as follows:

    1.    The facts and circumstances are as set forth in the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions;

Order re: *Stipulated* Motion for Continuance/ARAUJO-SOTO *et al.* - 1
No. CR14-58RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

2. Failure to grant a continuance in this case will deny counsel the reasonable time necessary for effective preparation of trial and other pretrial proceedings, taking into account the exercise of due diligence;

3. Failure to grant a continuance would likely result in a miscarriage of justice;

4. The ends of justice served by granting this continuance outweigh the best interest of the public and the defendants in a speedy trial;

5. All these findings are made within the meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(i),(ii) and (iv);

6. The period of time from the filing date of the *Stipulated* Motion to Continue Trial Date and Deadline to File Pretrial Motions until the new trial date, set forth below, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

IT IS THEREFORE ORDERED that:

1. The trial date in this matter is continued to December 8, 2014.

2. Pre-trial motions are due no later than October 10, 2014.

DONE this 9th day of April, 2014.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Order re: *Stipulated* Motion for Continuance/ARAUJO-SOTO et al. - 2
No. CR14-58RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970